### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| HEATH VINCENT FULKERSON, | Case No.: 3:20-cv-00239-MMD-WGC |
| Plaintiff | **Order** |
| v. | |
| INTERNAL REVENUE SERVICE, U.S. SECRET SERVICE, | |
| Defendants | |

Plaintiff has filed a civil complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by an IFP application or the $400 filing fee (consisting of the $350 filing fee and $50 administrative fee).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $400 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, this action will be dismissed.

**IT IS SO ORDERED**.

Dated: August 18, 2020

_____
William G. Cobb
United States Magistrate Judge